## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JON MARTIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>UNITED INDUSTRIES CORPORATION and SPECTRUM BRANDS, INC.,<br><br>　　　　　　　Defendants. | CASE NO.  7:24-cv-00433 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jon Martin hereby dismisses with prejudice all claims against Defendants United Industries Corporation and Spectrum Brands, Inc., with each party to bear his, her or its own attorneys' fees and costs.

Dated:  June 11, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  /s/ *Joshua D. Arisohn*
　　　　Joshua D. Arisohn

Joshua D. Arisohn
1330 Avenue of the Americas, 32 Fl.
New York, NY 10019
Tel:  (646) 837-7150
Fax: (212) 989-9163
E-Mail:  jarisohn@bursor.com

*Attorneys for Plaintiff*